# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** May 14, 2020

**CASE OF:** THE FLORIDA BAR V. RITA HORWITZ ALTMAN

**DOCKET NO.:** SC18-724   **OPINION FILED:** May 7, 2020

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 13, line 6, "Rita Horowitz Altman" has been changed to "Rita Horwitz Altman."

**SIGNED: OPINION CLERK**